# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-three.

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket Nos. 18-2990(L), 18-3710(Con), 18-3712(Con), 18-3715(Con), 18-3850(Con), 19-1272(Con) |
| v. | |
| Joseph Percoco, Steven Aiello, Joseph Gerardi, Louis Ciminelli, Alain Kaloyeros, AKA Dr. K, | |
|     Defendants – Appellants. | |

_____

    IT IS HEREBY ORDERED that the mandate is recalled, and the above-captioned appeals are reinstated.

                                                     For the Court:
                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court

